| | |
|---|---|
| 1<br>2<br>3 | ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)<br>2044 First Avenue, Suite 200<br>San Diego, California 92101<br>Telephone: (619) 233-7521<br>Facsimile:  (619) 233-4516 |
| 4 | Attorney for Material Witness, Guadalupe RAMIREZ-Flores |

FILED

2006 OCT 26  AM 9:02

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JOHN ARTHUR LINDAL,<br><br>           Defendant. | Criminal Case No: 06CR1817 LAB<br>Magistrate Case No: O6MG1443 CAB<br><br>Ex Parte Application and Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds |

### Ex Parte Application

I, Robert E. Schroth Jr., attorney for material witness, Guadalupe RAMIREZ-Flores, submit this ex parte application and order to exonerate the appearance bond securing the attendance of the material witness for this case.

This application is made after I obtained authorization from the United States District Court Judge to remand the material witness to the Bureau of Immigration and Custom Enforcement, and after the material witness was remanded to the custody of the Bureau of Immigration and Custom Enforcement for the return of the material witness to his or her country of origin.

- 1 -

Ex Parte Application and Order to Exonerate the Appearance Bond for the Material Witness

On behalf of the material witness and the surety who signed the appearance bond for the material witness, I am requesting that the court order the exoneration of the Material Witness Bond and also the Clerk of the District Court to return the cash security to the surety.

Dated: 10/18/06

Robert E. Schroth Jr.
Attorney for the Material Witness

ORDER

IT IS ORDERED that the personal surety bond for $5,000.00, which secured the presence of material witness Guadalupe RAMIREZ-Flores is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500.00 held in the Registry of the Court to the surety:

**Jorge Quinones**
**4441 Pala Drive**
**Oceanside, CA 92057**
SSN: 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

Dated: 10/25/06

~~U. S. District Court Judge~~

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

Ex Parte Application and Order to Exonerate the Appearance Bond for the Material Witness